[Dogmut] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 9:08-bk-16639-FMD
                                                                Chapter 13
Catherine S Morency
dba Dump Masters of Southwest Florida


_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on September 22, 2014, by Adams & Cohen on behalf of A & A Truck Brokers Inc. Having verified that the sum of $4,047.94 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 4,047.94 to:

A & A Truck Brokers, Inc.
c/o Adams & Cohen
PO Box 546293
Miami Beach, FL 33154


Dated: November 25, 2014

Caryl E. Delano
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.